In the Matter of Proving the Will of MARY A. SINNOTT, Deceased.

EDWARD H. SINNOTT et al., Appellants; JOHN J. SINNOTT, Respondent.

*Matter of Sinnott*, 163 App. Div. 817, affirmed.
(Argued March 1, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

July 24, 1914, which modified and affirmed as modified a decree of the New York County Surrogate's Court construing the will of Mary A. Sinnott, deceased.

*William C. Wolf* and *Theodore H. Friend* for Edward H. Sinnott, appellant.

*Clarence E. Sutherland* and *Frederick O. Byrne* for Edward A. Sinnott, appellant.

*John F. Clarke* and *Joseph H. Mahan* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.